IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE EDDIE WILSON,
    Plaintiff,

vs.                                                   Case No.:  5:09cv157/RS/EMT

CALHOUN CORRECTIONAL INSTITUTION,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

        This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a "Motion for Federal Protection and Custody Under the United States Constitution and Its Amendments" (Doc. 1).  On May 6, 2009, this court entered an order giving Plaintiff thirty (30) days in which to file a complaint on the court-approved form and pay the filing fee or submit a properly completed motion to proceed in forma pauperis (Doc. 2).  Plaintiff failed to respond to the order; therefore, on June 10, 2009, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 3).  The time for compliance with the show cause order has now elapsed and Plaintiff has not filed a complaint or addressed the issue of the filing fee by paying the fee or submitting a properly completed motion to proceed in forma pauperis.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 6th day of July 2009.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only.</u>  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).